1  CRAIG J. MARIAM  (SBN: 225280)
   cmariam@grsm.com
2  AYA J. DEAM  (SBN: 227720)
   adeam@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   633 West Fifth Street, 52nd Floor
4  Los Angeles, CA 90071
   Telephone:  (213) 576-5000
5  Facsimile:  (877) 306-0043

6  Attorneys for Defendant
   DERRO, LLC
7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; JESSIE JAMES DAVIS IV, AN INDIVIDUAL | Case No. 2:21-cv-01459-DSF(SKx)

**JOINT NOTICE OF SETTLEMENT OF THE ENTIRE ACTION**

Plaintiff,

vs.

DERRO, LLC and DOES 1 - 10

Defendants.

**TO THE HONORABLE COURT:**

Plaintiff United African-Asian Abilities Club, on behalf of itself and its members and Jessie James Davis IV and Defendant Sycamore Fields, LLC through their undersigned counsel of record hereby inform the Court that the Parties have reached a settlement of all claims in this matter.  The Parties are currently taking the necessary steps to effectuate the settlement.

The Parties intend to file, within the next 45 days, the documents preparatory to and necessary for dismissal, including those pursuant to Fed. R. Civ. P. 41.

Respectfully submitted,

Dated:  April 5, 2021

GORDON REES SCULLY MANSUKHANI, LLP

By:  */s/ Aya Deam*
Craig J. Mariam
Aya J. Deam
Attorneys for Defendant
DERRO, LLC

Dated:  April 5, 2021

LIGHTNING LAW, APC

By:  */s/David Wakefield*
David C.  Wakefiled
Attorneys for Plaintiffs,
UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSLEF AND ITS MEMBERS and JESSIE JAMES DAVID IV

## ATTESTATION REGARDING SIGNATURES

I, Aya J. Deam, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 5, 2021

*/s/ Aya Deam*
Aya J. Deam